UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Christine Fisher**

    Plaintiff

v.                                         Civil Action No. <u>22-11222-NMG</u>

**NewRez, et al.**

    Defendant

SETTLEMENT ORDER OF DISMISSAL

<u>GORTON, D.J.</u>

    The Court having been advised by Counsel that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

    By the Court,

<u>10/3/2022</u>                                   <u>/S/ Douglas Warnock</u>
  Date                                         Douglas Warnock
                                               Deputy Clerk